UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

APR 2 2 2014

PER _____ / _____
DEPUTY CLERK

RODOLFO MADRIGAL, :
　
　Petitioner :
　
v. : CIVIL NO. 3:CV-14-0726
　 :
WARDEN J. E. THOMAS, : (Judge Kosik)
　 :
　Respondent :

## ORDER

NOW, THIS 22nd DAY OF APRIL, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Petitioner's motion to proceed in forma pauperis (Doc. 2) is **granted** for the sole purpose of filing this action.

2. The petition for writ of habeas corpus is **dismissed** for lack of jurisdiction.

3. Petitioner's motion for counsel (Doc. 4) is **denied as moot**.

4. The Clerk of Court is directed to **close this case**.

_____
EDWIN M. KOSIK
United States District Judge